UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK BRADLEY,<br><br>  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:13-cv-00432-MMD-VPC<br><br>ORDER |

The petitioner has presented the Court with a letter requesting assistance of counsel (dkt. no. 6). Petitioner is advised that requests to the Court must be filed in the form of a motion and a copy of the motion must be served upon the respondents. To ensure proper service, the Clerk will be directed to provide a copy of the case docket sheet containing the respondents' counsel's address.

It is therefore ordered that petitioner's letter shall be returned to him with a copy of this order and a copy of the docket sheet.

DATED THIS 26th day of September 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE